# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Contreras, Rudolph -. | **2. Court or Organization**<br><br>United States District Court for the District of Columbia | **3. Date of Report**<br><br>05/13/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-Chair | Hispanic Bar Association of District of Columbia Judicial Council |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Contreras, Rudolph -. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Contreras, Rudolph -. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Contreras, Rudolph -. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   401(k) Account #1 | C | Dividend | M | T | | | | | |
| 2.   - Hartford Dividend & Growth | A | Dividend | J | T | Buy (add'l) | 08/27/18 | J | | |
| 3.   -Hartford Dividend & Growth | A | Distribution | J | T | Sold (part) | 08/27/18 | J | | |
| 4.   - Vanguard Mid-Cap Growth Index Inv. | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 5.   -Vanguard Mid-Cap Growth Index Inv. | A | Dividend | J | T | Sold (part) | 09/10/18 | J | | |
| 6.   - Vanguard Small Cap Value Index | A | Dividend | J | T | Sold (part) | 01/22/18 | J | | |
| 7.   - Vanguard Small Cap Value Index | A | Dividend | J | T | Buy (add'l) | 07/23/18 | J | | |
| 8.   - American Funds EuroPacific GR R4 | A | Dividend | J | T | Sold (part) | 01/22/18 | J | | |
| 9.   - American Funds EuroPacific GR R4 | A | Dividend | J | T | Buy (add'l) | 08/27/18 | J | | |
| 10.   - American Funds EuroPacific GR R4 | A | Dividend | J | T | Sold (part) | 08/27/18 | J | | |
| 11.   - Oppenheimer Developing Markets Y | A | Dividend | J | T | Buy (add'l) | 08/27/18 | J | | |
| 12.   - Oppenheimer Developing Markets Y | A | Dividend | J | T | Sold (part) | 08/27/18 | J | | |
| 13.   - Vanguard GNMA Adm | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 14.   - Vanguard Inflation-Protected Secs A | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 15.   - Vanguard Inflation-Protected Secs A | A | Dividend | J | T | Sold (part) | 07/23/18 | J | | |
| 16.   - Vanguard Institutional Index I | A | Dividend | K | T | Buy (add'l) | 07/09/18 | K | | |
| 17.   - Vanguard Institutional Index I | A | Dividend | K | T | Sold (part) | 07/09/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Contreras, Rudolph -. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T. Rowe Price Blue Chip Growth | A | Dividend | J | T | Sold (part) | 01/22/18 | J | | |
| 19. - T. Rowe Price Blue Chip Growth | A | Dividend | J | T | Buy (add'l) | 08/27/18 | J | | |
| 20. - T. Rowe Price Blue Chip Growth | A | Dividend | J | T | Sold (part) | 08/27/18 | J | | |
| 21. - Dodge & Cox Income | A | Dividend | J | T | Buy (add'l) | 01/22/18 | J | | |
| 22. - Dodge & Cox Income | A | Dividend | J | T | Sold (part) | 07/23/18 | K | | |
| 23. - Dodge & Cox Income | A | Dividend | J | T | Buy (add'l) | 09/10/18 | J | | |
| 24. - Vanguard Developed Mkts Index | A | Dividend | J | T | Sold (part) | 01/22/18 | J | | |
| 25. - Vanguard Total Bond Market | A | Dividend | J | T | Buy | 07/23/18 | K | | |
| 26. - Vanguard Total Bond Market | A | Dividend | J | T | Sold (part) | 09/10/18 | J | | |
| 27. -DFA USA Small Cap | A | Dividend | | T | Buy | 01/22/18 | J | | |
| 28. -DFA USA Small Cap | A | Dividend | | T | Sold | 07/23/18 | J | | |
| 29. Citibank (Cash Accounts) | A | Interest | J | T | | | | | |
| 30. Bank of America (Cash Account) | | None | J | T | | | | | |
| 31. Capital One (Cash Account) | B | Interest | M | T | | | | | |
| 32. Treasury Department Federal Credit Union (Cash Account) | A | Interest | J | T | | | | | |
| 33. IRA Account #1 | B | Dividend | K | T | | | | | |
| 34. - Baron Asset Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Contreras, Rudolph -. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Schwab Intl Index Fund | A | Dividend | J | T | | | | | |
| 36.  - Schwab S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 37.  IRA Account #2 | B | Dividend | L | T | | | | | |
| 38.  - Baron Asset Fund | A | Dividend | K | T | | | | | |
| 39.  - Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 40.  - Schwab Int'l Fund | A | Dividend | J | T | | | | | |
| 41.  - Schwab S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 42.  Virginia College Savings Plan (VA 529) Southside | A | Int./Div. | | | Distributed | 02/23/18 | K | | |
| 43.  Virginia College Savings Plan (VA 529) Potomac | C | Int./Div. | L | T | Distributed (part) | 11/15/18 | K | | |
| 44.  DC College Savings Plan 1 (DC 529) (Calvert) | A | Int./Div. | | | Distributed | 08/21/18 | K | | |
| 45.  DC College Savings Plan 2 (DC 529) (Calvert) | B | Int./Div. | J | T | Distributed (part) | 11/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Contreras, Rudolph -. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rudolph -. Contreras**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544